PROB 12C
(Rev. 3/15)

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Jerome Carter                                              Case Number:   10-CR-94-01-JL

Name of Sentencing Judicial Officer:   Honorable Joseph N. Laplante

Date of Original Sentence:   March 11, 2011

Original Offense: Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a)

Original Sentence:   18 months of imprisonment; 20 years of supervised release

First Revocation:    March 14, 2014 – 24 months of imprisonment; 5 years of supervised release
Second Revocation:   April 12, 2016 – 12 months of imprisonment; 60 months of supervised release
Third Revocation:    July 26, 2017 – 4 months of imprisonment; 18 months of supervised release
Fourth Revocation:   March 1, 2018 – 10 months of imprisonment; 50 months of supervised release

Type of Supervision:   Supervised Release              Date Supervision Commenced:   October 19, 2018

Assistant U.S. Attorney:   Arnold H. Huftalen           Defense Attorney:   Jonathan R. Saxe

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Violation of Mandatory Condition:** <u>You must not commit another federal, state, or local crime.</u> On or about January 7, 2019, the defendant committed the crime of First Degree Aggravated Assault, in violation of Title 13 Vermont Statutes Annotated § 1044(a)(1)(B), to wit: the defendant pushed the victim, Heather Carter, to the floor, and to the bed, and strangled her for an unknown amount of time.<br><br>Evidence in support of this charge includes records obtained from the Brattleboro (VT) Police Department and the Vermont Superior Court. |
| 2 | **Violation of Mandatory Condition:** <u>You must not commit another federal, state, or local crime.</u> On or about January 15, 2019, the defendant committed the crime of First Degree Aggravated Assault, in violation of Title 13 Vermont Statutes Annotated § 1044(a)(1)(B), to wit: the defendant strangled the victim, Heather Carter, for an unknown amount of time and to the point the victim was in fear for her life.<br><br>Evidence in support of this charge includes records obtained from the Brattleboro (VT) Police Department and the Vermont Superior Court. |

3   **Violation of Mandatory Condition:** <u>You must not commit another federal, state, or local crime.</u>  On or about March 7, 2019, the defendant committed the crime of First Degree Aggravated Assault, in violation of Title 13 Vermont Statutes Annotated § 1044(a)(1)(B), to wit: the defendant pushed the victim, Heather Carter, down into the middle of Highland Avenue, Brattleboro, VT.

Evidence in support of this charge includes records obtained from the Brattleboro (VT) Police Department and the Vermont Superior Court.

4   **Violation of Mandatory Condition:** <u>You must not commit another federal, state, or local crime.</u>  On or about March 14, 2019, the defendant committed the crime of First Degree Aggravated Assault, in violation of Title 13 Vermont Statutes Annotated § 1044(a)(1)(B), to wit: the defendant held a knife, with a 4-inch blade, to Heather Carter's neck and threatened to kill her.

Evidence in support of this charge includes records obtained from the Brattleboro (VT) Police Department and the Vermont Superior Court.

5   **Violation of Mandatory Condition:** <u>You must not commit another federal, state, or local crime.</u>  On or about March 23, 2019, the defendant committed the crime of First Degree Aggravated Assault, in violation of Title 13 Vermont Statutes Annotated § 1044(a)(1)(B), to wit: the defendant strangled the victim, Heather Carter, for approximately 5 minutes and to the point the victim was in fear for her life. The defendant also punched the victim on the left side of her face.

Evidence in support of this charge includes records obtained from the Brattleboro (VT) Police Department and the Vermont Superior Court.

6   **Violation of Mandatory Condition:** <u>You must not commit another federal, state, or local crime.</u>  On or about March 23, 2019, the defendant committed the crime of Cruelty to a Child, in violation of Title 13 Vermont Statutes Annotated § 1034(a), to wit: the defendant strangled Heather Carter in the witnessed presence of a child.

Evidence in support of this charge includes records obtained from the Brattleboro (VT) Police Department and the Vermont Superior Court.

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be

  ☒ revoked.

  ☐ extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by /s/ Timothy Merna
Timothy Merna
U.S. Probation Officer
(603) 226-7338
Date: April 12, 2019

Reviewed & Approved by:

/s/ Christopher H. Pingree
Christopher H. Pingree
Supervisory U.S. Probation Officer
(603) 226-7315

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant. Petition to remain sealed pending arrest.

☐ The issuance of a summons.

☐ Other

Andrea K. Johnstone
United States Magistrate Judge

Signature of Judicial Officer

4/12/2019
Date